# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00711-CV

**Dale Alan Curtis, Appellant**

**v.**

**Gary Johnson, Executive Director of TDCJ, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN202020, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

On November 2, 2002, appellant filed a motion to dismiss this cause. The appellant has informed this Court that he intends to refile his original complaint in the district court. Accordingly, we will grant appellant=s motion and dismiss this appeal.

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: December 12, 2002

Do Not Publish